IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ESERVICES, LLC, )
 )
        Plaintiff, )
 )
v. ) Civil No. 3:09CV671–HEH
 )
ENERGY PURCHASING INC., )
MICHAEL P. BUCHART, )
EXXO RESOURCES CO., )
MAGNUM DRILLING OF OHIO, INC., )
and BASIN ENERGY CO., )
 )
        Defendants. )

## ORDER
(Adopting the Magistrate's Report and Recommendation)

THIS MATTER is before the Court on a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B), filed by United States Magistrate Judge M. Hannah Lauck (Dk. No. 86). For the reasons stated in the accompanying Memorandum Opinion, the Court hereby OVERRULES the objections of Plaintiff and ACCEPTS and ADOPTS the R&R. Defendant Michael Buchart's Motion to Dismiss for Lack of Jurisdiction (Dk. No. 52) is GRANTED. Defendant Magnum Drilling of Ohio, Inc.'s Motion to Dismiss for Lack of Jurisdiction (Dk. No. 48) is GRANTED, and its Motion to Dismiss for Improper Venue (Dk. No. 49) is DENIED AS MOOT.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: March 15, 2011
Richmond, VA